Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Belal Husni Samara,
   DHS File No. A78 630 171,
      Plaintiff.
         vs
Paul Pierre, District Director, U.S.
   Citizenship and Immigration
   Services,
Michael Chertoff, U.S. Secretary of
   Homeland Security, and
Michael Mukasey, U.S. Attorney
   General,
      Defendants.

FILED
2008 APR 17 PM 1:21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0704 BTM CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alan M. Anzarouth
3111 Camino del Rio N., Suite 1325
San Diego, CA 92108
   619-398-9390

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMBERLY

APR 17 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)