KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California State Bar No. 230329
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Email: Megan.Callan@usdoj.gov
Telephone: (619) 557-7120
Facsimile: (619) 557-5004

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELAL HUSNI SAMARA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PAUL PIERRE, District Director, San Diego District, U.S. Citizenship and Immigration Service; MICHAEL CHERTOFF, Secretary of Department of Homeland Security; MICHAEL B. MUKASEY, U.S. Attorney General,<br><br>　　　　　Defendants. | Case No. 08cv0704-BTM (CAB)<br><br>NOTICE OF MOTION AND MOTION BY DEFENDANTS TO DISMISS AS MOOT<br><br>[Fed. R. Civ. P. 12(b)(1)]<br><br>DATE:　October 10, 2008<br>TIME:　11:00am<br>The Honorable Barry T. Moskowitz<br><br>[No Oral Argument Unless Requested By the Court] |

TO THE COURT AND PLAINTIFF THROUGH COUNSEL:

COME NOW Defendants Paul Pierre, et al., by and through their attorneys of record, KAREN P. HEWITT, United States Attorney, and Megan Callan, Assistant U.S. Attorney, and respectfully request that the Court dismiss this action as moot pursuant to Federal Rule of Civil Procedure 12(b)(1). Plaintiff need not appear for oral argument unless requested by the Court.

This motion for dismissal with prejudice is based on the grounds that Plaintiff has not established subject matter jurisdiction and cannot do so in light of the fact that his Complaint is now moot, upon administrative adjudication of his application for naturalization.

//

//

//

1    Plaintiff sought the expedition of processing and administrative adjudication of his pending
2 Application for Naturalization (N-400). On July 21, 2008 U.S. Citizenship & Immigration Services
3 ("USCIS") denied Plaintiff's application. Thus, Plaintiff's application was adjudicated, and Plaintiff has
4 received the relief he requested in his Complaint. Appeal remains an administrative remedy potentially
5 available to Plaintiff if he chooses to challenge the denial. On the basis of administrative adjudication
6 of the naturalization application at issue in Plaintiff's Complaint, Defendants request that the Court
7 dismiss this action as moot.

8    This motion is based on this Notice, the accompanying Memorandum of Points and Authorities,
9 Plaintiff's Complaint, the Court's files and records in this and pending related actions, and any other
10 matter the Court may consider at oral argument or otherwise.

11    DATED: July 29, 2008                Respectfully submitted,

12                                        KAREN P. HEWITT
                                          United States Attorney
13
                                          s/ Megan Callan
14
                                          MEGAN CALLAN
15                                        Assistant U.S. Attorney
                                          Attorneys for Defendants
16                                        Email: Megan.Callan@usdoj.gov