KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California State Bar No. 230329
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Email: Megan.Callan@usdoj.gov
Telephone: (619) 557-7120
Facsimile: (619) 557-5004

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BELAL HUSNI SAMARA, | Case No. 08cv0704-BTM (CAB) |
|---|---|
| Plaintiff, | |
| v. | MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING DEFENDANTS' MOTION TO DISMISS AS MOOT |
| PAUL PIERRE, District Director, San Diego District, U.S. Citizenship and Immigration Service; MICHAEL CHERTOFF, Secretary of Department of Homeland Security; MICHAEL B. MUKASEY, U.S. Attorney General, | [Fed. R. Civ. P. 12(b)(1)] |
| | DATE: October 10, 2008 |
| | TIME: 11:00am |
| | The Honorable Barry T. Moskowitz |
| Defendants. | [No Oral Argument Unless Requested By the Court] |

I

INTRODUCTION

COME NOW Defendants Paul Pierre, District Director of the San Diego District, U.S. Citizenship & Immigration Services, et al., by and through their counsel, and hereby move the Court to dismiss this action as moot. There is no continuing live case or controversy, and the case should be dismissed.

II

ANALYSIS

The Court lacks subject matter jurisdiction in the absence of a case or controversy. U.S. CONST. ART. III. Defendants provided the relief requested by Plaintiff in his Complaint. See Notice of Decision, attached hereto as Exhibit B; see also Declaration of Megan Callan, attached hereto as Exhibit A. Plaintiff's Complaint is therefore moot. A case is moot when "the issues presented are no longer 'live.'"

1  United States Parole Comm'n v. Geraghty, 445 U.S. 388, 396 (1980). In this case, the issue presented,
2  the requested expedition of adjudication on Plaintiff's naturalization application, is no longer live because
3  his application has been administratively adjudicated. Ex. B; Ex. A at ¶¶ 2-5. Therefore, there is no
4  matter left for the Court to order or resolve, and Plaintiff's Complaint should be dismissed as moot.

5  On July 21, 2008, USCIS adjudicated Plaintiff's Application for Naturalization (Form N-400).
6  See Notice of Decision, attached hereto as Ex. B; see also Ex. A at ¶ 2. Defendants communicated the
7  administrative denial of Plaintiff's naturalization application to counsel for Plaintiff. See Ex. A at ¶¶ 3-4.

8  The matters alleged in Plaintiffs' Complaint are resolved because Defendants have adjudicated
9  Plaintiff's naturalization application. See Ex. B. There is no further relief for the Court to award. See
10 Complaint at 4, Prayer for Relief. In addition, because the administrative action was a denial, there may
11 be administrative appeal remedies available to Plaintiff at this point that, prior to exhaustion, preclude
12 any amendment of his Complaint before this Court. See Ex. A at ¶ 6; see also Ex. B (describing appeal
13 rights).

### III
### ATTEMPT TO SECURE JOINT MOTION

16 It is the belief and opinion of undersigned counsel that Plaintiff, through counsel, does not oppose
17 this motion, however to date undersigned counsel has not received Plaintiff's written consent to join in
18 dismissal as moot. See Ex. A at ¶ 7.

### IV
### CONCLUSION

21 Based upon the foregoing, it is respectfully requested that the Court enter an order denying all
22 pending motions as moot and dismissing the action as moot.

23 DATED:   July 29, 2008          Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Megan Callan
MEGAN CALLAN
Assistant U.S. Attorney
Attorneys for Defendants
Email: Megan.Callan@usdoj.gov