1 KAREN P. HEWITT
United States Attorney
2 MEGAN CALLAN
Assistant U.S. Attorney
3 California State Bar No. 230329
Office of the U.S. Attorney
4 880 Front Street, Room 6293
San Diego, California 92101-8893
5 Telephone: (619) 557-7120
E-mail: Megan.Callan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELAL HUSNI SAMARA,            )<br>                                )<br>         Plaintiff,              )<br>                                )<br>     v.                         )<br>                                )<br> PAUL PIERRE, District Director, San Diego)<br> District, U.S. Citizenship and Immigration)<br> Service; MICHAEL CHERTOFF, Secretary)<br> of Department of Homeland Security;)<br> MICHAEL B. MUKASEY, U.S. Attorney)<br> General,                        )<br>                                )<br>         Defendants.             )<br>_____) | Case No. 08cv0704-BTM (CAB)<br><br>DECLARATION OF MEGAN CALLAN SUPPORTING DEFENDANTS' MOTION TO DISMISS AS MOOT |

EXHIBIT A

DECLARATION OF MEGAN CALLAN

I, Megan Callan, declare as follows:

1. I am the Assistant U.S. Attorney assigned primary responsibility for the above captioned case pending before this Court. I make this declaration based upon personal knowledge, and if called to testify about the fact included herein, I could and would do so competently.

2. On July 21, 2008, I was informed by U.S. Citizenship & Immigration Services ("USCIS") that USCIS denied Belal Husni Samara's application for naturalization (Form N-400) and issued a notice of decision to Belal Husni Samara.

3. On July 21, 2008, I was informed by USCIS that USCIS mailed the notice of decision to Belal Husni Samara.

4. On July 21, 2008, I forwarded electronic copies of the notice of denial in Samara's case to Samara's counsel of record in this litigation, Mr. Alan Anzarouth.

5. A true and correct, redacted copy of the first page of the notice of decision in Mr. Belal Husni Samara's application for naturalization is attached to this Motion to Dismiss as Exhibit B.

6. Before the immigration judge, applicants may raise any available defense to removal or requests for adjustment of status. The notice of decision provides Samara with instructions for administrative appeal.

7. Based upon this information that USCIS has adjudicated the application of Belal Husni Samara, it is my understanding and belief that the above captioned case is moot. I have communicated to Plaintiff's counsel the possibility of a joint motion to dismiss the case as moot. As of the date below, I have not heard a response from Plaintiff's counsel.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of July 2008.

s/ Megan Callan
_____

Megan Callan
Assistant U.S. Attorney