# EXHIBIT B



**U.S. Citizenship and Immigration Services**

Direct all responses by mail to the office listed below:
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
880 Front Street # Suite 1234
San Diego CA  92101

Bilal Husni Samara


Refer to this file: WSC
Alien Number: A
Date: JUL 2 1 2008

## DECISION

On June 20, 2006, you appeared for an examination of your application for naturalization, which was filed in accordance with Section 319(A) of the Immigration and Nationality Act.

Pursuant to the investigation and examination of your application it is determined that you are ineligible for naturalization for the following reason(s):

**See Attachment(s)**

If you desire to request a review hearing on this decision pursuant to Section 336(a) of the Act, **you must file a request for a hearing within 30 Days of the date of this notice**. If no request for hearing is filed within the time allowed, this decision is final. A request for hearing may be made to the District Director, with the Immigration and Naturalization office which made the decision, on Form N-336, **Request for Hearing on a Decision in Naturalization Proceedings under Section 336 of the Act, together with a fee of $605**. A brief or other written statement in support of your request may be submitted with the Request for Hearing.

Sincerely,

Paul M Pierre
District Director

**COPY**

cc: Alan M Anzarouth
3111 Camino Del Rio N Ste 400
San Diego CA  92108


Form N-335