KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California State Bar No. 230329
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Email: Megan.Callan@usdoj.gov
Telephone: (619) 557-7120
Facsimile: (619) 557-5004

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BELAL HUSNI SAMARA,                )    Case No. 08cv0704-BTM (CAB)
                                   )
              Plaintiff,           )
                                   )    CERTIFICATE OF SERVICE
        v.                         )
                                   )
PAUL PIERRE, District Director, San Diego)
District, U.S. Citizenship and Immigration)
Service; MICHAEL CHERTOFF, Secretary)
of Department of Homeland Security;)
MICHAEL B. MUKASEY, U.S. Attorney)
General,                           )
                                   )
              Defendants.          )
_____)

IT IS HEREBY CERTIFIED THAT:

        I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

        I am not a party to the above-entitled action. I have caused service of: **NOTICE OF MOTION AND MOTION BY DEFENDANTS TO DISMISS AS MOOT; MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING DEFENDANTS' MOTION TO DISMISS AS MOOT; EXHIBIT A; EXHIBIT B** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

        Alan M. Anzarouth, Esq.
        Attorney for Plaintiff
        alan@anzarouthimmlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

        Executed on July 29, 2008.

                                        s/ Megan Callan
                                        Megan Callan