1  KAREN P. HEWITT
   United States Attorney
2  MEGAN CALLAN
   Assistant U.S. Attorney
3  California State Bar No. 230329
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Email: Megan.Callan@usdoj.gov
   Telephone: (619) 557-7120
6  Facsimile: (619) 557-5004

7  Attorneys for Defendants

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10 BELAL HUSNI SAMARA,                            )  Case No. 08cv0704-BTM (CAB)
                                                  )
11              Plaintiff,                        )
                                                  )  NOTICE OF WITHDRAWAL OF
12         v.                                     )  DEFENDANTS' MOTION TO DISMISS AS
                                                  )  MOOT
13 PAUL PIERRE, District Director, San Diego)
   District, U.S. Citizenship and Immigration)    [In re Doc. no. 5]
14 Service; MICHAEL CHERTOFF, Secretary)
   of Department of Homeland Security;)
15 MICHAEL B. MUKASEY, U.S. Attorney)
   General,                                       )
16                                                )
                Defendants.                       )
17 _____)

18 TO THE COURT AND PLAINTIFF THROUGH COUNSEL:

19         COME NOW Defendants Paul Pierre, et al., by and through their attorneys of record, KAREN

20 P. HEWITT, United States Attorney, and Megan Callan, Assistant U.S. Attorney, and respectfully notify

21 the Court and Plaintiff through counsel that Defendants' Notice of Motion and Motion By Defendants

22 to Dismiss As Moot (Doc. No. 5) and associated memorandum of points and authorities and exhibits, is

23 hereby withdrawn.

24         On July 29, 2008, Defendants filed their Motion to Dismiss As Moot pursuant to Federal Rule

25 of Civil Procedure 12(b)(1). It is the position of Defendants that the parties require additional time in

26 an effort to resolve this matter without the intervention of the Court or the use of judicial resources.

27 //

28 //

1  United States Magistrate Judge Bencivengo has ordered that the Early Neutral Evaluation is set
2  for telephonic hearing on Wednesday, August 6, 2008 at 10:00a.m. (See Doc. no. 6.)  Defendants will
3  appear telephonically through counsel at the Early Neutral Evaluation to pursue resolution of this matter
4  or to provide the Court with a status report in the event that the matter is resolved extrajudicially.

5  DATED: July 30, 2008                     Respectfully submitted,

6                                            KAREN P. HEWITT
                                             United States Attorney
7
                                             s/ Megan Callan
8
                                             MEGAN CALLAN
9                                            Assistant U.S. Attorney
                                             Attorneys for Defendants
10                                           Email: Megan.Callan@usdoj.gov

1  KAREN P. HEWITT
   United States Attorney
2  MEGAN CALLAN
   Assistant U.S. Attorney
3  California State Bar No. 230329
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Email: Megan.Callan@usdoj.gov
   Telephone: (619) 557-7120
6  Facsimile: (619) 557-5004

7  Attorneys for Defendants

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10 BELAL HUSNI SAMARA,            )    Case No. 08cv0704-BTM (CAB)
                                  )
11              Plaintiff,        )
                                  )    CERTIFICATE OF SERVICE
12       v.                       )
                                  )
13 PAUL PIERRE, District Director, San Diego)
   District, U.S. Citizenship and Immigration)
14 Service; MICHAEL CHERTOFF, Secretary)
   of Department of Homeland Security;)
15 MICHAEL B. MUKASEY, U.S. Attorney)
   General,                       )
16                                )
                Defendants.       )
17 _____)

18 IT IS HEREBY CERTIFIED THAT:

19    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My
   business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
20
      I am not a party to the above-entitled action. I have caused service of: **NOTICE OF
21 WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS AS MOOT** on the following party
   by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which
22 electronically provides notice.

23    Alan M. Anzarouth, Esq.
      Attorney for Plaintiff
24    alan@anzarouthimmlaw.com

25 I declare under penalty of perjury that the foregoing is true and correct.

26    Executed on July 30, 2008.

27                                         s/ Megan Callan
                                           Megan Callan
28